FILED

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

2017 NOV -3 PM 12: 45

LARRY RUMBOUGH,

    Plaintiff,

                                  Case No. 6:17-cv-00956-GKS-GJK

-v-

COMENITY CAPITAL BANK, et al.

    Defendants.

## NOTICE OF PENDING SETTLEMENT BETWEEN LARRY RUMBOUGH AND INNOVIS DATA SOLUTIONS, INC.

Plaintiff, Larry Rumbough, hereby submits this Notice of Pending Settlement and states that the Plaintiff and Defendant have reached a settlement in principle with regard to this case and are presently drafting, finalizing, and executing the settlement and dismissal documents. The parties expect to file the appropriate dismissal documents within thirty (30) days.

Dated: November 3, 2017

Respectfully submitted,

*Larry Rumbough*

Larry Rumbough
840 Lilac Trace Lane
Orlando, FL 32828
321-331-1859

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing will be electronically mailed to all parties on the service list this 3rd day of November, 2017:


Larry Rumbough
840 Lilac Trace Lane
Orlando, FL 32828
321-331-1859