UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

LARRY RUMBOUGH,

    Plaintiff,

v.

    CASE NO. 6:17-cv-00956-GKS-GJK

COMENITY CAPITAL BANK, *et al.*,

    Defendants.

_____/

### ORDER OF COURT

AND NOW, on 11/13/17, 2017, upon review and consideration of the Joint Motion by Plaintiff and Defendant Innovis Data Solutions, Inc., ("Innovis") for Voluntary Dismissal of Plaintiff's claims against Innovis, it is hereby ORDERED that the Motion is GRANTED.

Pursuant to Fed. R. Civ. P. 41(a)(2), Plaintiff's claims against Innovis Data Solutions, Inc. are dismissed with prejudice and without right of appeal, and Plaintiff and Innovis will each bear their own fees, costs, and expenses in this matter.

11/13/17

BY THE COURT:

_____
United States Judge