UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

LARRY RUMBOUGH,

    **Plaintiff,**

v.                                      Case No: 6:17-cv-956-Orl-18GJK

NATIONAL CONSUMER TELECOM &
UTILITIES EXCHANGE,

    **Defendant.**

## ORDER

This cause came on for consideration on the Court's own initiative. On November 6, 2017, the Court issued an order (the "Dismissal Order") on Innovis Data Solutions, Inc.'s Motion to Dismiss (Doc. 67) and "on the Court's own initiative to determine whether the entirety of Plaintiff Larry Rumbough's ('Rumbough') claims" were due to be dismissed. (Doc. 85 at 1-2.) As set forth in the Dismissal Order, the Court found that "Rumbough's claims [in this case], except Rumbough's claims against [Defendant National Consumer Telecom & Utilities Exchange], are due to be dismissed for improper claim-splitting." (*Id.* at 11.)

Pursuant to Rule 60 of the Federal Rules of Civil Procedure, "[t]he Court may correct a clerical mistake or a mistake arising from oversight or omission whenever one is found in a judgment, order, or other part of the record. Fed. R. Civ. P. 60(a). Additionally, "[a] district court may correct clerical errors to reflect what was intended at the time of ruling, . . . [but] 'errors that affect substantial rights of the parties . . . are beyond the scope of [R]ule 60(a).'" *Weeks v. Jones*, 100 F.3d 124, 128-29 (11th Cir. 1996) (quoting *Mullins v. Nickel Plate Mining Co.*, 691 F.2d 971, 973 (11th Cir. 1982) (citations omitted)).

Despite the Court's clear intent and findings, the Court inadvertently omitted language in its Dismissal Order specifically ordering dismissal of Count IV and Count V of Rumbough's Complaint (Doc. 1). (*See* Doc. 85 at 11-12.) In accordance with Rule 60(a) of the Federal Rules of Civil Procedure, it is hereby **ORDERED** and **ADJUDGED** that the Court's Dismissal Order (Doc. 85) is corrected to state that Count IV and Count V of Plaintiff Larry Rumbough's Complaint (Doc. 1) are **DISMISSED**. In all other respects, the Dismissal Order (Doc. 85) remains unchanged.

**DONE** and **ORDERED** in Orlando, Florida, this __13__ day of December, 2017.

G. KENDALL SHARP
SENIOR UNITED STATES DISTRICT JUDGE

Copies to:
Counsel of Record
Unrepresented Parties

Copies also mailed to:
Jennifer Morgan Chapkin: McGlinchey Stafford, PLLC, 1 E Broward Blvd Ste 1400, Ft Lauderdale, FL 33301-1834

Lisa Monica Schiller: McGlinchey Stafford, PLLC, 1 E Broward Blvd Ste 1400, Ft Lauderdale, FL 33301-1834

Franklin G. Cosmen, Jr.: Quintairos, Prieto, Wood & Boyer, PA, 9300 S. Dadeland Blvd, 4th Flr, Miami, FL 33156