UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**LARRY RUMBOUGH,**

      **Plaintiff,**

v.                                                   Case No:   6:17-cv-956-Orl-40GJK

**NATIONAL CONSUMER TELECOM &
UTILITIES EXCHANGE,**

      **Defendant.**

_____

## ORDER

This cause came on for consideration without oral argument on the following motion:

> **MOTION:**    **DEFENDANT EQUIFAX INFORMATION SERVICES LLC'S RESPONSE IN OPPOSITION TO PLAINTIFF'S BILL OF COSTS (Doc. No. 107)**
>
> **FILED:**    October 8, 2018
>
> _____
>
> **THEREON** it is **ORDERED** that the document is treated as a motion to review costs and **DENIED** for failure to comply with Local Rule 3.01(g).

**DONE** and **ORDERED** in Orlando, Florida, on October 10, 2018.

*[Signature]*
GREGORY J. KELLY
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties